UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,  Plaintiff,  v.  RIGOBERTO ALVAREZ, Individually, and d/b/a EL CHARRO,  Defendant. | **ORDER ON MOTION FOR DEFAULT JUDGMENT**  Civil Action No.:1:15-CV-06827-NLH-KMW |

The Summons and Complaint in this action having been duly served upon the Defendant, RIGOBERTO ALVAREZ, Individually, and d/b/a EL CHARRO, on October 21, 2015, and said Defendant having failed to plead or otherwise appear in this action,

NOW, on motion of Wayne D. Lonstein, Esq., Lonstein Law Office, P.C., attorneys for the Plaintiff (Docket No. 8), it is hereby:

ORDERED that the Motion for Default Judgment on Count 1 be, and the same hereby is

GRANTED; and it is further,

ORDERED AND ADJUDGED that DIRECTV, LLC, the Plaintiff, shall

recover of Defendant as follows:

**Against RIGOBERTO ALVAREZ, Individually, and d/b/a EL CHARRO, as follows:**

1) Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), the sum of TEN THOUSAND DOLLARS (**$10,000.00**); and

2) Pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), the sum of TWENTY THOUSAND DOLLARS (**$20,000.00**) for enhanced damages for Defendant's willful violation of 47 U.S.C. § 605(a); and

3) Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), costs and attorneys' fees of FOUR THOUSAND, THREE HUNDRED TWENTY THREE DOLLARS AND TWENTY FIVE CENTS (**$4,323.25**);

and it is further,

ORDERED that within 10 days of the date of this Order, Plaintiff shall be, and hereby is, directed to advise the Court how it wishes to proceed on the remaining counts of the Complaint.

Dated: November 9, 2016
At Camden, New Jersey

                                        s/ Noel L. Hillman
                                        HON. NOEL L. HILLMAN
                                        United States District Judge